UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

FILED
MAY    2004
U.S DISTRICT COURT
MARTINSBURG, WV 25401

HAWEY A. WELLS, JR.            )
                                            )
         Plaintiff,                  )
                                            )
v.                                            )
                                            ) Civil Action No. 3:03-CV-38
                                            )
ANTHONY J. PRINCIPI, SECRETARY   )
DEPARTMENT OF VETERANS AFFAIRS   )
                                            )
         Defendant.               )
                                            )

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE INITIAL DISCOVERY DISCLOSURES

1.      Federal Rules of Civil Procedure 6(b) and 7(b).

2.      LR Civ P 7.02 of the United States District Court for the Northern District of West Virginia

3.      The inherent power of the Court.

1



4.  The record herein.

_Daniel W. Dickenson, Jr._
Daniel W. Dickenson, Jr.
West Virginia Bar No. 1012
Assistant United States Attorney
P.O. Box 591
Wheeling, West Virginia 26003
Tel: (304) 234-0100
Fax: (304) 234-0110
Attorney for Defendant

_Steven J. Silverberg_
Steven J. Silverberg
District of Columbia Bar 377376
1819 L Street, N.W.
Suite 700
Washington, D.C. 20036
Tel: (202) 785-8499
Fax: (202) 785-8470
Attorney for Plaintiff

_Mark Jenkinson_
Mark Jenkinson
West Virginia Bar No. 5215
Burke, Schultz, Harmon and Jenkinson
85 Aikens Center
Martinsburg, West Virginia 25401
Tel: (304) 263-0900
Fax: (304) 267-0469
Local Counsel for Plaintiff